No. 670. UNITED STATES *v.* AMERICAN FEDERATION OF MUSICIANS ET AL.

February 15, 1943. *Per Curiam:* The judgment is affirmed. Act of March 23, 1932, 47 Stat. 70, 29 U. S. C. §§ 101–115; *New Negro Alliance* v. *Sanitary Grocery Co.,* 303 U. S. 552; *Milk Wagon Drivers' Union* v. *Lake Valley Co.,* 311 U. S. 91. *Assistant Attorney General Arnold* for the United States. *Mr. Joseph A. Padway* for appellees.

No. —. EX PARTE JAMES B. GOODRICH. February 15, 1943. Application denied.

No. —, original. EX PARTE FRANK SMITH;

No. —, original. EX PARTE DEWEY WALLACE MCMURTREY; and

No. —, original. EX PARTE ROBERT L. PEYTON. March 1, 1943. The motion for leave to file petition for writ of mandamus is denied.